No. 39070.—Protests 935734–G, etc., of P. Pastene & Co., Inc., et al. (New York).

Opinion by Keefe, J.   On the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.

No. 39071.—Protest 850759–G of Uddo Taormina Corp. (Los Angeles).

Opinion by Keefe, J.   On the authority of *Locatelli* v. *United States* (T. D. 49302) the protest was sustained.

No. 39072.—Protest 947500–G of Hearst Magazines, Inc. (New York).

Opinion by Keefe, J.   There was no appearance at the docket call of the case. On the record presented the protest was overruled.

No. 39073.—Protests 944366–G, etc., of Nathan Schweitzer Co. et al. (New York).

Opinion by Keefe, J.   On the records presented the protests were overruled.

Before the Second Division, July 22, 1938

No. 39074.—Protests 328840–G, etc., of Gimbel Bros., Inc., et al. (New York).

Opinion by Tilson, J.   On the record presented certain items consisting of nets and other articles in chief value of cellulose filaments similar to those involved in *Amberg* v. *United States* (T. D. 46204) and Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39075.—Protest 394422–G of Tailored Women, Inc. (New York).

Opinion by Tilson, J.   The record showed that certain of the articles are in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39076.—Protests 380606–G, etc., of Mary Liotta, Inc. (New York).

Opinion by Tilson, J.   The record showed that certain of the articles are in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.